

**FILED**
CLERK, U.S. DISTRICT COURT

-4 JUN 03 PM 3: 47

DISTRICT OF UTAH

BY:
DEPUTY CLERK

PAUL M. WARNER, United States Attorney (#3389)
LAURIE J. SARTORIO, Assistant United States Attorney (#7614)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| Plaintiff, | : | **INDICTMENT** |
| vs. | : | VIO. Title 18, U.S.C. § 1708 (Possession of Stolen Mail) |
| LORIE MICHELLE ALLGIER and RUSSELL FLOYD ALLGIER | : | |
| Defendant. | : | Judge Dee Benson<br>DECK TYPE: Criminal<br>DATE STAMP: 06/04/2003 @ 15:06:33<br>CASE NUMBER: 2:03CR00418 DB |

The Grand Jury charges:

### COUNT 1

On or about May 27, 2003, in the Central Division of the District of Utah,

**LORIE MICHELLE ALLGIER and
RUSSELL FLOYD ALLGIER,**

the defendants herein, did knowingly and unlawfully have in their possession articles and things contained therein, to wit: 17 pieces of mail belonging to Mountain West Paint Co., including Compressor Pump & Service, Inc., check no. 36662, dated May 20, 2003, payable to Mountain West Paint in the amount of $136.26, which had been



stolen, taken and abstracted from the mail knowing the same to have been stolen, taken and abstracted from the mail; all in violation of Title 18, U.S.C. § 1708.

A TRUE BILL:

*[signature: Gail D. Ellison]*
FOREPERSON FOR THE GRAND JURY

APPROVED:

PAUL M. WARNER
United States Attorney

*[signature]*
Laurie J. Sartorio
Assistant United States Attorney